UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE,

      Plaintiffs,

v.

      Case No. 2:25-cv-566-JLB-KCD

SHERIFF CAMINE MARCENO, BETH RAKESTRAW, TIM COCHRAN, MIKE PETERSON, GARY SMITH, LEE COUNTY MEDICAL EXAMINER'S OFFICE, LEE COUNTY CREMATORY,

      Defendants,

## ORDER

Plaintiff Thomas Pepe has filed an application to proceed in forma pauperis. (Doc. 28.) The motion is **DENIED** because the Court already granted Plaintiff IFP status. (*See* Doc. 12.)

Plaintiff also moves to "lift the stay on service" and move forward with his amended complaint. (Doc. 27.) This motion is also **DENIED**. Plaintiff's latest pleading must be reviewed under 28 U.S.C. § 1915(e), which has yet to occur. The Court will issue service when (and if) the complaint is found sufficient.

**ORDERED** in Fort Myers, Florida on August 14, 2025.

Kyle C. Dudek
United States Magistrate Judge