UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE,

    Plaintiff,

v.

Case No. 2:25-cv-566-KCD-DNF

SHERIFF CAMINE MARCENO, BETH RAKESTRAW, TIM COCHRAN, MIKE PETERSON, GARY SMITH, LEE COUNTY MEDICAL EXAMINER'S OFFICE, LEE COUNTY CREMATORY,

    Defendants.

## ORDER

Plaintiff Thomas Pepe requests an update on the status of this case (Doc. 59) and an exemption from electronic filing (Doc. 60). The motions are **DENIED** because the case was dismissed and closed back in September. (Doc. 52.)

**ORDERED** in Fort Myers, Florida on December 16, 2025.

*Kyle C. Dudek*
United States District Judge